In the Matter of the Claim of JOHN ROWE, Respondent, against G. R. KINNEY COMPANY, INC., and THE EMPLOYERS LIABILITY ASSURANCE CORPORATION, LTD., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes,, McNamee, Crapser and Bliss, JJ.